## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

| | |
|---|---|
| SCOTT EDWARD MEADOWS and wife, ) <br> PATRICIA EILEEN MEADOWS, ) <br> individually and as parents and next friends of ) <br> R.E. MEADOWS, a minor, ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> WENDELL ALLEN; ) <br> RICHARD L. PASS; ) <br> CITY OF MARYVILLE, TENNESSEE d/b/a ) <br> MARYVILLE CITY SCHOOL SYSTEM; and ) <br> MARYVILLE CITY BOARD OF ) <br> EDUCATION d/b/a MARYVILLE CITY ) <br> SCHOOL SYSTEM; ) <br> MIKE DALTON, Director of Schools, ) <br> Maryville City Board of Education; and ) <br> DR. SANDRA EARNEST, Coordinator of ) <br> Special Education and Section 504, Maryville ) <br> City Board of Education, ) <br> ) <br>     Defendants. ) | Civil Action No. 3:08-cv-457 <br> Phillips / Guyton |

### JOINT AGREED ORDER DISMISSING FEDERAL CLAIMS AND REMANDING CASE BACK TO STATE COURT

The parties hereby appear and announce to the Court their agreement that all federal claims should be dismissed in the above styled cause of action and that the case should be remanded back to the Circuit Court for Blount County. The parties further agree, in the event the Plaintiffs seek at any time to raise federal claims, that this case would be removed back to federal court. Only the federal claims are to be dismissed and the state supplemental claims are to be remanded back to state court.

IT IS THEREFORE ORDERED that Plaintiffs' federal claims are hereby dismissed without prejudice upon agreement of the parties and that the state claims as alleged in Plaintiffs' Second Amended Complaint are remanded back to the Circuit Court for Blount County.

ENTER this 22ND day of JAN, 2009.

_____
JUDGE

APPROVED FOR ENTRY:


/s/Timothy A. Priest, BPR No. 004236 w/permission
TIMOTHY A. PRIEST
MARK E. FLOYD, BPR No. 011488
Attorneys for Plaintiffs, Scott Edward Meadows
    and wife, Patricia Eileen Meadows,
    individually and as parents and
    next friends of R.E. Meadows, a minor
PRYOR, FLYNN, PRIEST & HARBER
P.O. Box 870
Knoxville, Tennessee 37902
(865) 522-4191


/s/David N. Wedekind, BPR No. 009685 w/permission
DAVID N. WEDEKIND
Attorney for Defendants Wendell Allen and Richard L. Pass
HODGES, DOUGHTY & CARSON
617 Main Street
P.O. Box 869
Knoxville, Tennessee 37901-0869
(865) 292-2307

/s/Robert H. Watson, Jr., BPR No. 1702
ROBERT H. WATSON, JR.
Attorney for Defendants City of Maryville,
  Tennessee, Maryville City Board
  of Education d/b/a Maryville City
  School System, Mike Dalton,
  and Dr. Sandra Earnest
WATSON, ROACH, BATSON,
ROWELL & LAUDERBACK, P.L.C.
Attorneys at Law
P.O. Box 131
Knoxville, Tennessee 37901-0131
(865) 637-1700